AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Andy GOMEZ (Laredo, TX)<br>Emilio PEREZ-Cruz (Laredo, TX)<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 18, 2016__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | The defendant did knowingly and unlawfully possess with intent to distribute a controlled substance listed under Schedule I or II of the Controlled Substance Act, to wit: approximately 259.80 kilograms of Marijuana. Furthermore, the defendant did knowingly and unlawfully conspire to possess with intent to distribute the above listed type of drug. |

This criminal complaint is based on these facts:

See Attachment "A"

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Marco A. Montemayor
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: __Laredo, TX__     Honorable J. Scott Hacker
*Printed name and title*

## Attachment "A"

I, Marco A. Montemayor, a Special Agent with Homeland Security Investigations, have knowledge of the following facts:

1. On July 18, 2016, HSI Special Agents (SAs), along with HSI Task Force Officers (TFOs), initiated surveillance on Andy GOMEZ as a result of investigative leads from a recent narcotics case from late June.

2. Agents witnessed Gomez and Emilio PEREZ-Cruz driving two vehicles in tandem.

3. GOMEZ was subsequently stopped by Webb County Sheriff's Office (WCSO) deputies for a traffic violation. During the stop, deputies noticed large, black plastic bundles in plain view. A consensual search was granted by GOMEZ, revealing a green leafy substance inside the bundles.

4. Meanwhile, surveillance continued on PEREZ-Cruz, and he was seen leaving the vehicle he was driving at an open yard, and driving off in a separate vehicle. Law enforcement agents maintained surveillance on PEREZ-Cruz while other agents saw the same large stacks of black plastic bundles inside, and in plain view, of the vehicle PEREZ-Cruz was driving. PEREZ-Cruz was subsequently stopped and arrested.

5. GOMEZ was read his Miranda Rights, which he waived, and agreed to speak to agents without the presence on an attorney. GOMEZ stated he was unemployed for eight (8) months and began transporting narcotics to make enough money to support his family. GOMEZ further stated he accepted culpability for his actions, and confessed to being involved in drug smuggling for over six (6) months. GOMEZ stated that PEREZ-Cruz was his drug smuggling partner.

6. In total, thirteen (13) bundles were recovered from the vehicles, weighing approximately two hundred fifty nine point eighty (259.80) kilograms.

7. GOMEZ and PEREZ-Cruz were arrested for violations of Title 21 United States Code 841, and transported to the Webb County Jail in Laredo, Texas.